IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                          ORDER

                      Plaintiff,

                                                         02-cr-38-bbc

     v.

RICK MCCOLLEY,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      For reasons stated on the record in this case, it is ORDERED that the above-named defendant shall be released from custody.

      Entered this 19th day of August, 2008.

                                                   BY THE COURT:
                                                 /s/
                                                 BARBARA B. CRABB
                                                 District Judge